

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/17/2020__

**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LEO T. ERNST**
Labor and Employment Law Division
Phone:  (212) 356-2549
Fax:  (212) 356-2438
Email:  lernst@law.nyc.gov

June 17, 2020

**By ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  Sarro, et al. v. City of New York
          19 Civ. 11596 (AT) (GWG)
          Our No. 2020-002257

Dear Judge Torres:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel for the City of New York, attorney for the City of New York ("City") in the above-referenced putative class action.  At the urging of the Southern District's Mediation Office, the parties write to jointly and respectfully request that the initial pretrial conference currently scheduled for July 9, 2020 be adjourned until a date not before September 4, 2020, the date of the parties' scheduled mediation session.  This is the parties' first request for an adjournment of the July 9, 2020 initial conference.  The requested extension does not affect any scheduled dates.

      On May 5, 2020, the Court referred this case to mediation.  Dkt. No. 20.  On May 14, 2020, the Court adjourned the initial pretrial conference then-scheduled for May 20, 2020 to July 9, 2020.  Dkt. No. 21.  On June 5, 2020, the parties attended a pre-mediation conference with the assigned mediator, Michael P. Graff of Graff Dispute Resolution, and a mediation session was tentatively scheduled for September 4, 2020 to give the parties time to exchange and review documents in advance of the mediation session.

      Following the June 5, 2020 pre-mediation conference, the mediator informed the Mediation Office of the tentative scheduling of the September 4, 2020 mediation session, and the Mediation Office emailed the parties and requested that the parties submit this letter requesting an adjournment of the July 9, 2020 initial conference.

      Accordingly, the parties jointly and respectfully request that the initial conference currently scheduled for July 9, 2020 be adjourned until a date not before September 4, 2020 to enable the parties to mediate the issues in this case prior to moving forward with discovery.

      Thank you for your consideration of this request.

Respectfully submitted,

/s/ Leo T. Ernst
Leo T. Ernst
Assistant Corporation Counsel

cc: Virginia & Ambinder, LLP
(By ECF)

GRANTED.  The initial pretrial conference scheduled for July 9, 2020 is ADJOURNED to **September 15, 2020**, at **10:40 a.m.**  By **September 8, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 17, 2020
       New York, New York

ANALISA TORRES
United States District Judge