


```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/9/2020    
```

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LEO T. ERNST**
Labor and Employment Law Division
Phone:  (212) 356-2549
Fax:  (212) 356-2438
Email:  lernst@law.nyc.gov

September 9, 2020

**By ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Sarro, et al. v. City of New York
        19 Civ. 11596 (AT) (GWG)
        Our No. 2020-002257

Dear Judge Torres:

  I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel for the City of New York, attorney for defendant City of New York ("City") in the above-referenced putative class action.  The parties write to jointly and respectfully request that the initial pretrial conference currently scheduled for September 15, 2020 be adjourned until November 16, 2020.  This is the parties' second request for an adjournment of the initial conference.  The parties' first request was granted.  Dkt. No. 23.  The requested extension does not affect any scheduled dates.

  On May 5, 2020, the Court referred this case to mediation.  Dkt. No. 20.  On May 14, 2020, the Court adjourned the initial pretrial conference then-scheduled for May 20, 2020 to July 9, 2020.  Dkt. No. 21.  On June 5, 2020, the parties attended a pre-mediation conference with the assigned mediator, Michael P. Graff of Graff Dispute Resolution.  The parties have since attended several conferences with the mediator, and have another conference scheduled for tomorrow, September 10, 2020.  The parties believe that this case will be resolved at tomorrow's mediation, or within a short period of time thereafter.  Should the case be resolved, this will obviate the need for an initial conference in this matter.

  Accordingly, the parties jointly and respectfully request that the September 15, 2020 initial conference be adjourned until November 16, 2020 to enable the parties to mediate the issues in this case prior to moving forward with discovery.

  Thank you for your consideration of this request.

            Respectfully submitted,

                              /s/ Leo T. Ernst
                                  Leo T. Ernst
                          Assistant Corporation Counsel

cc:    Virginia & Ambinder, LLP
        (By ECF)

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for September 15, 2020, is ADJOURNED to **October 15, 2020**, at **11:40 a.m.** By **October 8, 2020**, the parties shall submit their joint letter and proposed case management plan. On **October 15, 2020**, at **11:40 a.m.**, the parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

SO ORDERED.

Dated: September 9, 2020
         New York, New York

ANALISA TORRES
United States District Judge