UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SARRO and ROBERT GIALLANZO, individually and on behalf of all other persons similarly situated,

Plaintiffs,

-against-

THE CITY OF NEW YORK,

Defendant.

19 Civ. 11596 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 18, 2020, the Court ordered the parties to file a joint letter motion requesting that the Court approve the settlement agreement or, alternatively, provide documentation of the approval by the Department of Labor by January 18, 2021. ECF No. 32 at 1. That submission is now overdue. Accordingly, the parties shall submit their motion or provide documentation by **May 10, 2021**.

SO ORDERED.

Dated: May 5, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge